IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ARTHUR BIRINGER, individually
and on behalf of all others similarly
situated,**

    **Plaintiff,**

v.                                         Case No. 4:14cv407-MW/CAS

**BANKERS LIFE AND
CASUALTY COMPANY,**

    **Defendant.**

_____

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiff has filed a "Stipulation of Dismissal." ECF No. 22. The "stipulation" is not signed by all parties as required by Rule 41. Accordingly, the "stipulation" is really a notice of dismissal. Because the defendant previously served an answer, I treat the *notice* of dismissal as a *motion* for dismissal under Federal Rule of Civil Procedure 41(a)(2). In the unlikely event Defendant opposes the motion, Defendant may file a timely motion to alter or amend the judgment that will be entered based on this order.

For these reasons,

IT IS ORDERED:

1

Plaintiff's motion, ECF No. 22, is **GRANTED.**  The clerk must enter judgment stating, "Plaintiff's claims against Defendant are dismissed with prejudice.  The parties will each bear its/her attorney's fees and costs."  The clerk must close the file.

**SO ORDERED on February 26, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
